# U.S. District Court
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:05-cv-05643-GHK-AJW

**06 CV 2125**

| | |
|---|---|
| Erick J Feitshans et al v. Michael Kahn et al | Date Filed: 08/03/2005 |
| Assigned to: Judge George H. King | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Andrew J. Wistrich | Nature of Suit: 190 Contract: Other |
| Demand: $560,000 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Breach of Contract | |

**Plaintiff**

**Erick J Feitshans**
*an individual*

represented by **Richard Hamlish**
Richard Hamlish Law Offices
1860 Bridgegate St
Westlake Village, CA 91361
805-497-6632
Fax: 805-497-2703
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Hodges**
*an individual*

represented by **Richard Hamlish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Kahn**
*an individual*

represented by **John A Lawrence**
Dongell Lawrence Finney Claypool
707 Wilshire Boulevard, Suite 4500
Los Angeles, CA 90017
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Nicholas Levine**
Dongell Lawrence Finney
707 Wilshire Blvd, 45th Fl
Los Angeles, CA 90017-3609
213-943-6100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaune Brockton Arnold**
Dongell Lawrence Finney Claypool
707 Wilshire Boulevard, Suite 4500
Los Angeles, CA 90017
US
213-943-6100
Email: sarnold@dlflawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



I hereby attest and certify on 3/8/06 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

**Defendant**

**Laura Kahn**
*an individual*

represented by **John A Lawrence**
Dongell Lawrence Finney Claypool

707 Wilshire Blvd, 46th Fl
Los Angeles, CA 90017-3609
213-943-6100
Fax: 213-943-6101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Nicholas Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaune Brockton Arnold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Ashkin**
*an individual*
*TERMINATED: 12/21/2005*

represented by **John A Lawrence**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Nicholas Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaune Brockton Arnold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Winter Films LLC**
*an New York Limited Liability Company*

represented by **John A Lawrence**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Nicholas Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaune Brockton Arnold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ikahn Productions Inc**
*a New York corporation*

represented by **John A Lawrence**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Nicholas Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaune Brockton Arnold**
(See above for address)

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**Does**
*1-10 inclusively*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2005 | 1 | COMPLAINT against defendants Ikahn Productions Inc, Does, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC.(Filing fee $ 250 paid) Jury Demanded. , filed by plaintiffs Erick J Feitshans, Steve Hodges.(pj, ) (Entered: 08/05/2005) |
| 08/03/2005 |  | 20 day Summons Issued re Complaint - (Discovery)[1] as to Ikahn Productions Inc, Does, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (pj, ) (Entered: 08/05/2005) |
| 08/03/2005 | 2 | NOTICE of Interested Parties filed by Plaintiff Erick J Feitshans. (pj, ) (Entered: 08/05/2005) |
| 08/03/2005 |  | FAX number for Attorney Richard Hamlish is 805-497-2703. (pj, ) (Entered: 08/05/2005) |
| 08/05/2005 | 3 | PROOF OF SERVICE Executed upon Laura Kahn. The Summons and Complaint were served by mail service, by Federal statute. Due Diligence declaration not attached. Original Summons not returned. (Attached Uncompleted Copy of Waiver of Service sent) (ir, ) (Entered: 08/08/2005) |
| 08/05/2005 | 4 | PROOF OF SERVICE Executed upon Michael Ashkin. The Summons and Complaint and Uncompleted Waiver of Service were served by mail service, by Federal statute. Due Diligence declaration not attached. Original Summons not returned. (ir, ) (Entered: 08/08/2005) |
| 08/05/2005 | 5 | PROOF OF SERVICE Executed upon Ikahn Productions Inc. The Summons and Complaint, (Uncompleted Waiver of Service) were served by Mail service, by Federal statute. Due Diligence declaration not attached. Original Summons not returned. (ir, ) (Entered: 08/08/2005) |
| 08/05/2005 | 6 | PROOF OF SERVICE Executed upon Winter Films LLC. The Summons and Complaint, (Uncompleted Waiver of Service) were served by Mail service, by Federal statute. Due Diligence declaration not attached. Original Summons not returned. (ir, ) (Entered: 08/08/2005) |
| 08/05/2005 | 7 | PROOF OF SERVICE Executed upon Michael Kahn. The Summons and Complaint, Uncompleted Waiver of Service were served by Mail service, by Federal statute. Due Diligence declaration not attached. Original Summons not returned. (ir, ) (Entered: 08/08/2005) |
| 08/08/2005 | 8 | ORDER regaring Case Managment: This case has been assigned to the calendar of Judge George H King. Court fully adheres to Rule 1 of the Federal Rules of Civil Procedure, which requires that the Rules be construed to secure the just speedy and inexpensive determination of every action. A Courtesy copy of all papers filed with the court shall be delivered to chambers at Room 660 Roybal Federal Building on the day of filing (See document for further details) by Judge George H. King(ir, ) (Entered: 08/09/2005) |
| 08/15/2005 | 9 | MINUTES: Order to Show Cause regarding Subject Matter Jurisdiction; Plaintiffs are ORDERED TO SHOW CAUSE in writing, within fifteen (15) days hereof, why this action should not be dismissed for lack of subject matter jursidiction. The failure to timely and adequately show cause as required herein shall be deemed Plaintiffs admission that this court lacks subject matter jurisdiction. In that event, we will dismiss the action without prejudice IT IS SO ORDERD by Judge George H. King Court Reporter: None Present. (ir, ) (Entered: 08/16/2005) |

| | | |
|---|---|---|
| 08/17/2005 | | RESPONSE to Order to Show Cause dated 8/5/05 filed by Plaintiffs Erick J Feitshans, Steve Hodges (ir, ) (Entered: 08/22/2005) |
| 08/17/2005 | 11 | FIRST AMENDED COMPLAINT against Defendants Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC, Ikahn Productions Inc, Does 1-10 amending Complaint (Discovery) [1] with Jury Demand filed by Plaintiffs Erick J Feitshans, Steve Hodges (ir, ) (Entered: 08/22/2005) |
| 09/02/2005 | 12 | MINUTES: Discharge of Order to Show Cause regarding Subject Matter Jurisdiction; The Order to Show Cause 9 is hereby DISCHARGED IT IS SO ORDERED by Judge George H. King Court Reporter: None Present. (ir, ) (Entered: 09/08/2005) |
| 09/19/2005 | 14 | NOTICE OF EX PARTE APPLICATION to an Order Shortening Time to hear motion to take deposition of Defendants Prior to the time specified in FRCp 26(d) filed by Plaintiffs Erick J Feitshans, Steve Hodges. Lodged Proposed Motion. (ir, ) (Entered: 09/27/2005) |
| 09/19/2005 | 15 | PROOF OF SERVICE Executed upon Ikahn Productions Inc served on 8/30/2005, answer due 9/19/2005; The Summons, Complaint and First Amended Complaint were served by Personal service, by statute not cited, upon Michael Kahn, authorized to accept service. Due Diligence declaration not attached. EXECUTED upon Michael Kahn served on 8/30/2005, answer due 9/19/2005; The Summons, Complaint and First Amended Complaint were served by Personal service, by statute not cited, upon Michael Kahn. Due Diligence declaration not attached. EXECUTED upon Defendant Laura Kahn served on 8/30/2005, answer due 9/19/2005; The Summons, Complaint and First Amended Complaint were served by Personal service, by statute not cited, upon Michael Kahn at home. Due Diligence declaration not attached. EXECUTED upon Defendant Winter Films LLC served on 8/30/2005, answer due 9/19/2005. The Summons, Complaint and First Amended Complaint were served by Personal service, by statute not cited, upon Michael Kahn, authorized to accept service. EXECUTED upon Defendant Michael Ashkin served on 8/30/2005, answer due 9/19/2005; The Summons, Complaint and First Amended Complaint were served by Personal service, by statute not cited, upon Michael Kahn, authorized to accept service. Due Diligence declaration not attached. Original Summons not returned. (ir) (Entered: 09/27/2005) |
| 09/19/2005 | 16 | PROOF OF SERVICE filed by Plaintiffs Erick J Feitshans, Steve Hodges regarding Order regarding Case Management 8 was served on 9/15/05. (ir, ) (Entered: 09/27/2005) |
| 09/20/2005 | 24 | MINUTES OF IN CHAMBERS ORDER by Judge Andrew J. Wistrich RE: EX PARTE APPLICATION to Shorten Time for Hearing[14]. ORDER RE PLAINTIFFS' EX PARTE APPLICATION SHORTENING TIME TO HEAR MOTION TO TAKE DEFENDANTS' DEPOSITIONS PRIOR TO THE TIME SPECIFIED IN FED.R.CIV.P. 26(d). The ex parte application is denied. This is not an emergency warranting ex parte relief. (yb, ) (Entered: 09/27/2005) |
| 09/22/2005 | 17 | OPPOSITION to Ex Parte Application for an Order Shortening Time to hear motion to take deposition of Defendants Prior to the time specified in FRCp 26(d)[14] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 09/27/2005) |
| 09/22/2005 | 18 | NOTICE of Interested Parties filed by Defendants Michael Kahn, Laura Kahn, Michael Ashkin, Ikahn Productions Inc, Winter Films LLC. (ir, ) (Entered: 09/27/2005) |
| 09/23/2005 | 19 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings herein; Memorandum of Points and Authorities in support thereof filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. Motion set for hearing on 10/24/2005 at 09:30 AM before Honorable George H. King. (ir, ) (Entered: 09/27/2005) |
| 09/23/2005 | 20 | DECLARATION of Michael Kahn in support of Motion to Dismiss for Lack of Personal Jurisdiction or in the alternative to Stay all further proceedings herein [19] filed by Defendants Michael Kahn, Laura Kahn, Michael Ashkin. (ir, ) (Entered: 09/27/2005) |

| 09/23/2005 | 21 | DECLARATION of Laura Kahn in support of Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings herein [19] filed by Defendants Michael Kahn, Laura Kahn, Michael Ashkin. (ir, ) (Entered: 09/27/2005) |
|---|---|---|
| 09/23/2005 | 22 | DECLARATION of Michael Ashkin in support of Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings herein [19] filed by Defendants Michael Kahn, Laura Kahn, Michael Ashkin. (ir, ) (Entered: 09/27/2005) |
| 09/26/2005 | 13 | REQUEST for Entry of Default against Defendant Michael Kahn filed by Plaintiffs Erick J Feitshans, Steve Hodges. (ir, ) (Entered: 09/27/2005) |
| 09/26/2005 | 25 | REPLY to opposition to ex parte application for motion to take depositions of defendants prior to the time specified filed by Plaintiffs Erick J Feitshans, Steve Hodges (yc, ) (Entered: 09/29/2005) |
| 09/27/2005 | 23 | NOTICE OF DEFICIENCY Re: Request for Entry of Default against Defendant Michael Kahn[13]. The Clerk cannot enter the requested relief as Motion to dismiss on file, filed 9/23/05. (ir, ) (Entered: 09/27/2005) |
| 10/05/2005 | 26 | DECLARATION of JOSHUA N. LEVINE regarding Meet-and-Confer Requirement for Defendants MOTION to Dismiss for Lack of Personal Jurisdiction [19] filed by defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (jp, ) (Entered: 10/07/2005) |
| 10/05/2005 | 27 | DECLARATION of SHAUNE B. ARNOLD regarding Meet-and-Confer Requirement for defendants MOTION to Dismiss for Lack of Personal Jurisdiction [19] filed by defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (jp, ) (Entered: 10/07/2005) |
| 10/06/2005 | 28 | OPPOSITION to Defendants MOTION to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings [19] filed by plaintiffs Erick J Feitshans, Steve Hodges. (jp, ) (Entered: 10/07/2005) |
| 10/17/2005 | 30 | REPLY to Plaintiffs Opposition to Defendants Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings[19] ; Memorandum of Points and Authorities; Declarations of Richard P Romero, Micael Ashkin and Michael Kahn in support thereof filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 10/21/2005) |
| 10/17/2005 | 31 | DECLARATION of Richard P Romeo in further support of Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings [19] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 10/21/2005) |
| 10/17/2005 | 32 | DECLARATION of Michael Ashkin in further support of Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings[19] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 10/21/2005) |
| 10/17/2005 | 33 | DECLARATION of Michael Kahn in further support of Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings[19] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 10/21/2005) |
| 10/17/2005 | 34 | PROOF OF SERVICE filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC regarding Reply [30], Declaration [31], Declaration [32], Declaration [33] were served on 10/17/05. (ir, ) (Entered: 10/21/2005) |
| 10/17/2005 | 35 | OBJECTIONS TO DECLARATIONS in opposition to Defendants Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings [19] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 10/21/2005) |

| | | |
|---|---|---|
| 10/17/2005 | 36 | OBJECTIONS to Declarations of Erick Feitshans in opposition to Defendants Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings [19] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 10/21/2005) |
| 10/17/2005 | 37 | OBJECTIONS to Declarations of Steven Hodges in opposition to Defendants Motion Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings [19] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 10/21/2005) |
| 10/18/2005 | 29 | MINUTES OF IN CHAMBERS ORDER by Judge George H. King, RE: MOTION to Dismiss for Lack of Jurisdiction MOTION to Stay Case MOTION to Stay Case[19] is hereby TAKEN OFF CALENDAR. The court will not consider the motion because defendant's failed to comply with Local Rule 7-3. Defendants may re-file and re-notice the entire motion, in compliance with ALL Local Rules. Court Reporter: None. (bh, ) (Entered: 10/18/2005) |
| 10/28/2005 | 38 | NOTICE OF REVISED MOTION AND REVISED MOTION to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay All Further Proceedings ; Memorandum of Points and Authorities in support thereof filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. Motion set for hearing on 12/5/2005 at 09:30 AM before Honorable George H. King. (ir, ) (Entered: 11/02/2005) |
| 10/28/2005 | 39 | NOTICE OF REFILING previously filed declarations with Defendants Motion to Dismiss for Lack of Personal Jurisdiction or in the alternatively to Stay All Further Proceedings herein [38] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 11/02/2005) |
| 10/28/2005 | 40 | DECLARATION of Joshua N Levine regarding Meet and Confer requirements for Defendants Revised Motion to Dismiss for Lack of Personal Jurisdiction or in the alternative to Stay All Further Proceedings herein [38] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, Winter Films LLC. (ir, ) (Entered: 11/02/2005) |
| 10/28/2005 | 41 | DECLARATION of Michael Kahn in support of Motion to Dismiss for Lack of Personal Jurisdiction or in the alternative to Stay All Further Proceedings herein [38] filed by Defendants Michael Kahn, Laura Kahn, Michael Ashkin. (ir, ) (Entered: 11/02/2005) |
| 10/28/2005 | 42 | DECLARATION of Laura Kahn in support of Motion to Dismiss for Lack of Personal Jurisdiction or in the alternative to Stay all further proceedings herein [38] filed by Defendants Michael Kahn, Laura Kahn, Michael Ashkin. (ir, ) (Entered: 11/02/2005) |
| 10/28/2005 | 43 | DECLARATION of Michael Ashkin in support of Motion to Dismiss for Lack of Personal Jurisdiction or in the alternative to Stay All Further Proceedings herein [38] filed by Defendants Michael Kahn, Laura Kahn, Michael Ashkin. (ir, ) (Entered: 11/02/2005) |
| 11/18/2005 | 44 | OPPOSITION to Defendants Motion to Dismiss for Lack of Jurisdiction or in the alternative to Stay all proceedings [38]; Memorandum of Points and Authorities; Declarations of Richard Hamlish, Erick Feitshans and Steve Hodges; Exhibits 1-12 filed by Plaintiffs Erick J Feitshans, Steve Hodges. (ir, ) (Entered: 11/22/2005) |
| 11/28/2005 | 46 | REPLY TO PLAINTIFF'S OPPOSITION To Defendant's Motion To Dismiss for Lack of Jurisdiction or in the Alternative to Stay All Further Proceedings[19] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin, and `Winter Films LLC. (yl, ) (Entered: 12/02/2005) |
| 11/28/2005 | 47 | DECLARATION of Joshua N Levine In Oppositon to Declaration of Richard Hamlish in Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay All Further Proceedings [38] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin and Winter Films LLC. (yl, ) (Entered: 12/02/2005) |

| | | |
|---|---|---|
| 11/28/2005 | ●48 | OBJECTIONS OF STEVE HODGES in Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay All Further Proceedings [38] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin and Winter Films LLC. (yl, ) (Entered: 12/02/2005) |
| 11/28/2005 | ●49 | DEFENDANT'S OBJECTIONS TO DECLARATION OF RICHARD Hamlish in Opposition to Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay All Further Proceedings [38] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin and Winter Films LLC. (yl, ) (Entered: 12/02/2005) |
| 11/28/2005 | ●50 | DEFENDANT'S OBJECTIONS TO DECLARATION OF ERICK FEITSHANS in Opposition to Defendant's to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay All Further Proceedings [38] filed by Defendants Ikahn Productions Inc, Michael Kahn, Laura Kahn, Michael Ashkin and Winter Films LLC. (yl, ) (Entered: 12/02/2005) |
| 11/30/2005 | ●45 | MINUTES: MOTION BY DEFENDANT TO DISMISS; MOTION TO STAY [38] ; On the Court own motion, this matter, notice for hearing on 12/5/05 at 9:30 is taken off calendar and will be taken under submission without oral argument on that date. No appearance by counsel shall be necessary. Hearing date is vacated. Further briefing, if any shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated IT IS SO ORDERED by Judge George H. King Court Reporter: Not Reported. (ir, ) (Entered: 12/01/2005) |
| 11/30/2005 | ● | ***Taken off calendar and under submission Defendants Motion to dismiss and motion for stay pursuant to Minute Order filed 11/30/05. (ir, ) (Entered: 12/01/2005) |
| 12/21/2005 | ●51 | MINUTES OF IN CHAMBERS ORDER by Judge George H. King :, RE: MOTION to Dismiss for Lack of Personal Jurisdiction, or in the alternative to Stay all Further Proceedings herein[19]; Defendants Motion is DENIED with respect to Defendants Ikahn Productions, Inc., Winter Films, LLC and Michael Kahn. The Motion is GRANTED with respect to Defendants Laurie Kahn and Michael Ashkin. Defendants Motion to Stay is DENIED WITHOUT PREJUDICE. To the extent that Defendants intended their Motion to be a Motion to dismiss for improper venue, the Motion was insufficiently briefed. The remaining Defendnats are ordered to respond to the First Amended Complaint by January 10, 2006. IT IS SO ORDERED. Court Reporter: None Present. (shb, ) (Entered: 12/22/2005) |
| 01/10/2006 | ●52 | NOTICE OF MOTION to Dismiss due to Improper Venue or in the alternative for Transfer of Venue to USDC for the Southern District of New York filed by Defendants Ikahn Productions Inc, Michael Kahn, Winter Films LLC. Motion set for hearing on 2/13/2006 at 09:30 AM before Judge George H. King. (ir, ) (Entered: 01/18/2006) |
| 01/10/2006 | ●53 | DECLARATION of Joshua Levine in support of Motion to dismiss based on Improper Venue or in the alternative to Transfer Venue [52] filed by Defendants Ikahn Productions Inc, Michael Kahn, Winter Films LLC. (ir, ) (Entered: 01/18/2006) |
| 01/10/2006 | ●54 | DECLARATION of Michael Kahn in support of Motion to dismiss based on Improper Venue or in the alternative to Transfer Venue [52] filed by Defendants Michael Kahn, Laura Kahn, Michael Ashkin. (ir, ) (Entered: 01/18/2006) |
| 01/30/2006 | ●55 | OPPOSITION to Defendants MOTION to Dismiss due to Improper Venue or in the alternative for Transfer of Venue [52] filed by plaintiffs Erick J Feitshans, Steve Hodges. (jp, ) (Entered: 02/07/2006) |
| 02/06/2006 | ●56 | REPLY in support of MOTION to Dismiss action, MOTION to Transfer Case to USDC for the Southern District of New York MOTION [52]; Memorandum of Points and Authorities filed by defendants Ikahn Productions Inc, Michael Kahn, Winter Films LLC. (esa, ) (Entered: 02/09/2006) |
| 02/06/2006 | ●57 | SUPPLEMENTAL DECLARATION of Michael Kahn in support of Motion to Dismiss [52] filed by defendants Michael Kahn, Laura Kahn, Michael Ashkin. (esa, ) (Entered: 02/09/2006) |

| | | |
|---|---|---|
| 02/13/2006 | 58 | MINUTES: On Court's own motion, Defendants Motion to Dismiss for Improper Venue or in the alternative for Transfer [52] scheduled to be heard on 2/13/06 at 9;30 in Courtroom 650 of this Court, is hereby TAKEN OFF CALENDAR and will be RESCHEDULED for hearing on 3/6/06. Time and location shall remain the same IT IS SO ORDERED by Judge George H. King Court Reporter: None. (ir, ) (Entered: 02/13/2006) |
| 02/28/2006 | 59 | MINUTES: Motion by Defendant to dismis due to improper venue; Motion to Transfer Venue [52] (IN CHAMBERS); ON Courts own motion, this matter notice for hearing on 3/6/06 at 9;30 is taken off calendar and will be taken under submission without oral argument on that date. No appearance by counsel shall be necessary. Hearing date is vacated. Further briefing if any shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated IT IS SO ORDERED by Judge George H. King Court Reporter: Not Reported. (ir, ) (Entered: 02/28/2006) |
| 02/28/2006 | | ***Defendant motion to dismiss due to improper venue, transfer venue noticed for hearing on 3/6/06 at 9:30 is taken off calendar and under submission pursuant to Minute Order filed 2/28/06. (ir, ) (Entered: 02/28/2006) |
| 03/07/2006 | 60 | MINUTES: DEFENDANT MOTION TO DISMISS OR TRANSFER [52] GRANTED. Case is TRANSFERRED to the United States District Court for the Southern District of New York. Clerk is directed to effect said transfer forthwith IT IS SO ORDERED by Judge George H. King Court Reporter: None Present. (Made JS-6. Case Terminated.) (ir, ) (Entered: 03/08/2006) |
| 03/08/2006 | | TRANSMITTAL of documents: All Original documents except the Order of Transfer which is retained, cc Copy of Order, Docket Sheet and Letter of Transfer. (ir, ) (Entered: 03/08/2006) |